**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| MATTHEW WINTERS, | CASE NUMBER: 05-74857 |
| Plaintiff, | HONORABLE AVERN COHN |
| vs. | MAG. JUDGE PAUL J. KOMIVES |
| MLADEN SAVCIC, et al, | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Matthew Winters and Defendant Mladen and Rose Savcic d/b/a Sand Lake Inn, having stipulated to the entry of this order dismissing this case with prejudice, and the Court being otherwise informed in the premises;

IT IS HEREBY ORDERED that case is dismissed in its entirety, with prejudice and with each party to bear their own costs and fees.

SO ORDERED.


Dated: December 18, 2006         s/Avern Cohn
                                 HONORABLE AVERN COHN
                                 UNITED STATES DISTRICT JUDGE