UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Winters,

           Plaintiff,        CASE NO.   2:05-cv-74857

v.

                                       **Hon. Avern Cohn**

Savcic, et al

           Defendants.

                                            /

## NOTICE OF CORRECTION

Docket entry number [15] entered on [12/18/2006] is in error. The explanation for the correction is stated below.

| | |
|---|---|
| **X** | The docket entry was made on the wrong case. |
| | The corresponding document image was missing or incomplete. |
| | The wrong document image was associated. |
| | The wrong judicial officer was listed on the case docket. |
| | The filer information was inaccurate or omitted from the docket text. |
| | The judicial officer information was inaccurate or omitted from the docket text. |
| | The docket text was changed *(specify what was changed and why)* |
| | Other: |

If you need further clarification or assistance, please contact [313-234-5042]

                                        DAVID J. WEAVER, CLERK OF COURT

                                        s/ Nicole Hollier
                                        Deputy Clerk

Date: December 20, 2006